■ ROSALIE YAKO, Respondent, v ROBERT TORNAMBE, M.D., Appellant, et al., Defendants. [738 NYS2d 843] —Appeal from order, Supreme Court, New York County (Sheila Abdus-Salaam, J.), entered on or about October 18, 2001, unanimously dismissed, without costs, as academic, in light of the order of the same court and Justice, entered February 14, 2002, dismissing the complaint. No opinion. Concur—Nardelli, J.P., Buckley, Ellerin, Lerner and Rubin, JJ.